IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-1915-ZLW-PAC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

STEPHEN SMITH, INC., d/b/a DESIGN BENEFITS,

    Defendant.
_____

ORDER
_____

Magistrate Judge Patricia A. Coan has advised this Court that this case has

settled and that dismissal papers are due on October 11, 2005.  Therefore, it is

ORDERED that the trial preparation conference set on Wednesday, November 2,

2005, at 2:00 p.m. and the trial set on Monday, December 5, 2005, at 10:30 a.m. are

vacated.   It is

FURTHER ORDERED that this case is held in abeyance pending the filing of

settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before October

11, 2005.  If by that date settlement papers have not been received by the Court, on

October 18, 2005, the case will be dismissed without prejudice.

Dated at Denver, Colorado, this   28   day of September, 2005.

BY THE COURT:

s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court