IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-1915-ZLW-PAC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

STEPHEN SMITH, INC., d/b/a DESIGN BENEFITS,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation Of Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own attorney fees and costs.

Dated at Denver, Colorado, this __26__ day of October, 2005.

                                          BY THE COURT:

                                          s/ Zita L. Weinshienk
                                          _____
                                          ZITA L. WEINSHIENK, Senior Judge
                                          United States District Court