IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1915-ZLW-PAC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

STEVEN SMITH , INC. dba DESIGN BENEFITS

Defendant.

_____

**SETTLEMENT AGREEMENT**
_____

**RECITALS**

1.   This matter was instituted by Plaintiff, Equal Employment Opportunity Commission ("COMMISSION"), an agency of the United States Government, against STEVEN SMITH , INC. dba DESIGN BENEFITS ("DESIGN BENEFITS") under Section 703(a) of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000-2(a).

2.   This Settlement Agreement ("Agreement") is final and binding upon the COMMISSION and DESIGN BENEFITS, their successors and assigns, as to the issues resolved. Furthermore, the COMMISSION and DESIGN BENEFITS agree to defend this Agreement should it be challenged.

3.   DESIGN BENEFITS admits no liability regarding the allegations raised in Civil Action No. 03-cv-1915-ZLW-PAC. Solely for the purpose of amicably resolving disputed claims, DESIGN BENEFITS joins with the COMMISSION in requesting this Court to adjudge as follows:

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

## JURISDICTION

4. The COMMISSION and DESIGN BENEFITS stipulate to the jurisdiction of the Court over the respective parties and subject matter of this action and have waived the entry of findings of fact and conclusions of law.

5. The term of this Agreement shall be sixty months from the date of signing by the Court, subject to the reporting provisions in paragraphs 11, 15 and 16. During that time, this Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with the Agreement, including issuing such orders as may be required to effectuate its purposes. Accordingly, this Agreement shall expire and shall be without force and effect sixty months from the date of entry of this Agreement.

## ISSUES RESOLVED

6. This Decree resolves all claims for back pay, reinstatement, front pay, compensatory damages for past and future pecuniary and non-pecuniary loses, punitive damages, injunctive relief and any other kind of relief arising out of the claims made by the COMMISSION against DESIGN BENEFITS as set forth in Civil Action No.03-cv-1915-ZLW-PAC.

7. DESIGN BENEFITS, its Board of Directors, officers, agents, employees, successors, and all other persons in active concert or participation with any of them will not interfere with the relief herein ordered, but shall cooperate in the implementation of this Agreement.

## COMPLIANCE

8.      In settlement of the claims referenced in Paragraph 7, DESIGN BENEFITS will pay Clarissa Broussard (Broussard) the total of $7,500.  In consideration for the total of $7500, Broussard and DESIGN BENEFITS resolve any claims she has or may have arising out of EEOC Charge Number 320A200396 and Civil Action No.03-cv-1915-ZLW-PAC,  pursuant to a separate waiver and release.  DESIGN BENEFITS will provide Broussard $150 to consult with an attorney regarding the Waiver and Release; Broussard will have ten (10) days after receipt of this check and the Waiver and Release to consult with an attorney.  The first check, for $5,000, will be provided to Broussard on or before October 11, 2005.  The second check, for $2,500, will be due to Broussard on January 15, 2006.  Broussard acknowledges that she received the checks for $5,000 and for $150 referred to above.   The check for $2,500 made out to Broussard shall be mailed directly to her via certified or Express Mail and a copy of the check shall be mailed to the COMMISSION.  All monies paid to Broussard will be subject to taxes reported on  IRS Form 1099 and Brossard will be soly responsible for such taxes.  DESIGN BENEFITS will not be liable for any taxes interest or penalty as a result of the payments to Brossard referred to above and in the event that DESIGN BENEFITS is liable, Brossard will defend, indemnify, and hold harmless DESIGN BENEFITS for such payment.

9.      Within twenty (20) days from the date of signing the Agreement, DESIGN BENEFITS shall provide the COMMISSION an affidavit of compliance attesting that the Notice found at Appendix A has been posted.

10.     Within one hundred and twenty (120) days of the signing of the Agreement,

DESIGN BENEFITS shall provide the COMMISSION an affidavit attesting that it has provided six hours of training to management level employees and two hours of training, and at its option training by its attorneys, to its employees on the Title VII laws enforced by the COMMISSION with emphasis on discrimination, sexual harassment, and retaliation at its place of business attaching to the affidavit a list of attendees.  DESIGN BENEFITS shall provide the same training and reporting each year for the following four years.

11.     Within one hundred and twenty (120) days of signing of the Agreement DESIGN BENEFITS shall provide the COMMISSION a copy of its discrimination policy which may be contained in an overall policy or procedure for internal redress of employee claims of discrimination.  Said policy must provide some alternative reporting procedures so that an individual who is harassed or discriminated against is provided an alternative to complaining to the harasser.

## COSTS AND ATTORNEY'S FEES

12.     Each party shall be responsible for and shall pay its own costs and attorney's fees.

## POSTING PROVISIONS

13.     For a period of five years from the date the Agreement is entered, DESIGN BENEFITS shall post and keep posted in a conspicuous place at its place of business, the notice and statement of policy, attached as Appendix A.  If this posting becomes defaced, DESIGN BENEFITS will replace it with a clean copy for the term of the Agreement.

## REPORTING PROVISIONS

14.     DESIGN BENEFITS will tender to the COMMISSION a report on all complaints of discrimination based on sexual harassment and discrimination to include the following:

        1.     Names, addresses and telephone numbers of complaining employees;

      2.      dates of complaint;

      3.      nature of complaint; and

      4.      resolution of complaint.

15. DESIGN BENEFITS shall provide a report for each twelve month period following the date the court signs the Decree. The report shall be due thirty (30) days following the end of the twelve month period. The final report is due thirty (30) days before the expiration of the Agreement.

## ENFORCEMENT

16. There is no private right of action to enforce DESIGN BENEFITS' obligations under the Agreement and only COMMISSION, DESIGN BENEFITS, or their successors may enforce compliance of the Agreement.

17. In the event that either party to this Agreement believes that the other party has failed to comply with any provision(s) of the Agreement, the complaining party shall notify the alleged non-complying party in writing of such noncompliance and afford the alleged non-complying party twenty (20) days to remedy the noncompliance or satisfy the complaining party that the alleged noncomplying party has complied. If the noncomplying party has not remedied the alleged noncompliance or satisfied the complaining party that it has complied within twenty (20) days, the complaining party may apply to the Court for appropriate relief. In the event that, upon the expiration date of this Agreement, a dispute is pending pursuant to this paragraph, then the terms of this Agreement shall be extended with respect to the issue in dispute only, until such time as such dispute is resolved by the parties or the Court.

## COMMUNICATIONS

18. The parties agree not to disparage each other; if asked for an employment

reference, DESIGN BENEFITS will provide only dates of employment and position held if it receives inquiries regarding Broussard's employment.

19. EEOC will provide DESIGN BENEFITS with a copy of any proposed Press Release before it is released. Whether or not EEOC issues a Press Release, Commission employees are in no way prevented from responding to inquiries from the public regarding this litigation.

## EEOC AUTHORITY

20. With respect to matters or charges outside the scope of this Agreement, this Agreement shall in no way limit the powers of the COMMISSION in seeking to eliminate unlawful employment practices pursuant to the Title VII.

## NOTICE

21. Any notice, report, or communication required under the provisions of this Agreement shall be sent by certified mail, postage prepaid, to the appropriate party as follows:

>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>Regional Attorney
>Denver District Office
>Equal Employment Opportunity Commission
>303 E. 17th Avenue, Suite 510
>Denver, Colorado 80203
>_____

>STEVEN SMITH , INC. dba DESIGN BENEFITS
>c/o Qusair Mohamedbhai, Esq.
>Riggs, Abney, Neal, Turpen, Orbison & Lewis
>7979 East Tufts Avenue Parkway, Ste. 1300
>Denver, Colorado 80237

22. This Agreement constitutes the entire agreement between DESIGN BENEFITS and

the COMMISSION with respect to matters herein and it supersedes all negotiations, representations, and writings prior to this Agreement.  No waiver, modification or amendment of any provision of this Agreement shall be effective unless made in writing, approved by all parties to this Agreement and approved by the Court or ordered by the Court.

**SO ORDERED, ADJUDGED AND DECREED** this   14   day  December , 2005.

_____
Zita L.Weinshienk
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____
JOSEPH H. MITCHELL
Regional Attorney, By Consent

Nancy A. Weeks
Supervisory Trial Attorney

| _____ | _____ |
|---|---|
| Qusair Mohamedbhai, Esq. | Ann L. Fuller, Trial Attorney |
| Riggs, Abney, Neal, Turpen, Orbison & Lewis | United States Equal Employment |
| 7979 East Tufts Avenue parkway, Ste. 1300 | Commission |
| Denver, Colorado 80237 | 303 East 17th Avenue |
| Qmohamedbhai@riggsabney.com | Denver, Co. 80203 |
| | Ann.fuller@eeoc.gov |

**APPENDIX A**

**NOTICE**

"THE BOARD OF DIRECTORS OF STEVEN SMITH , INC. dba DESIGN BENEFITS EMPHASIZES ITS FUNDAMENTAL POLICY OF PROVIDING EQUAL EMPLOYMENT OPPORTUNITY IN ALL OF ITS OPERATIONS AND IN ALL AREAS OF EMPLOYMENT PRACTICES, AND TO ENSURE THAT THERE SHALL BE NO DISCRIMINATION AGAINST ANY EMPLOYEE OR APPLICANT FOR EMPLOYMENT ON THE GROUNDS OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, OR AGE.  THIS POLICY EXTENDS TO ALL TERMS, CONDITIONS, AND PRIVILEGES OF EMPLOYMENT."

DESIGN BENEFITS is strongly committed to maintaining a work environment free of employment discrimination.

DESIGN BENEFITS  supports and will comply with such federal law in all respects and will not take any action against employees because they have exercised their rights under the law.

DESIGN BENEFITS agrees that there shall be no discrimination or retaliation of any kind against any person because of opposition to any practice declared unlawful under Title VII or because of the filing of a charge, giving of testimony or assistance, or participation in any manner in any investigation, proceeding, or hearing under Title VII of the Civil Rights Act of 1964, as amended.

Any employee who believes that he or she is being subjected to unlawful employment discrimination should report such conduct immediately to his/her immediate supervisor or another representative of DESIGN BENEFITS or the EEOC in writing or by telephone at:  **U. S. Equal Employment Opportunity Commission, 303 E. 17th Avenue, Suite 510, Denver, CO  80203; Telephone (303) 866-1300 or 1-800-669-4000.**

THIS NOTICE SHALL REMAIN POSTED FOR A PERIOD OF FIVE YEARS FROM THE DATE WHICH APPEARS BELOW.